**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| Herc Holdings, Inc. and Herc Rentals, Inc.,<br>Plaintiffs,<br><br>v.<br><br>Mark Ford and Synergy Rents, LLC n/k Opifex-Synergy, LLC,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 2:26-cv-02757-SPC-NPM |

**Unopposed Motion for Special Admission**

Elliot J. Kudisch, Esquire, moves for special admission to represent defendant Mark Ford in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Southern District of Texas.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- No. 8:22-cv-01131-CEH-AAS; *Chanel Kerswill, on behalf of herself and others similarly situated v. Modern Brokers of America LLC*; In the U.S. District Court, Middle District of Florida, Tampa Division.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I have registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/ Elliot J. Kudisch*
ELLIOT J. KUDISCH*
Texas Bar No. 24122955
EKudisch@AndrewsMyers.com
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
T: (713) 850-4200
F: (713) 850-4211
**Admission Pro Hac Vice Pending*

**LEAD COUNSEL FOR DEFENDANT MARK FORD**

**OF COUNSEL:**

**ANTHONY G. STERGIO***
Texas Bar No. 19169450
AStergio@AndrewsMyers.com
**ANDREWS MYERS, P.C.**
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4110
T: (713) 850-4200
F: (713) 850-4211
**Admission Pro Hac Vice Pending*

**VARUN C. REDDY***
Texas Bar No. 24143325
VReddy@AndrewsMyers.com
**ANDREWS MYERS, P.C.**
919 Congress Ave., Suite 1050
Austin, Texas 78701
T: (512) 240-6962
F: (512) 900-3082
**Admission Pro Hac Vice Pending*

**ATTORNEYS FOR DEFENDANT MARK FORD**

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.

*/s/Elliot J. Kudisch*

**Certificate of Service**

I certify that I served a copy of the foregoing instrument on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 12th day of October, 2026.

**VIA E-SERVICE**

Caren S. Marlowe
Caren.marlowe@ogletree.com
John C. Getty
John.getty@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, FL 33602

***Attorneys for Plaintiffs Herc Holdings Inc. and Herc Rentals, Inc.***

*/s/Elliot J. Kudisch*